HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY REMING and PATRICIA REMING<br><br>Plaintiffs,<br><br>v.<br><br>HOLLAND AMERICA LINE INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a foreign corporation; HAL ANTILLEN N.V., a foreign corporation; and HAL NEDERLAND N.V., a foreign corporation;<br><br>Defendants. | NO. 2:11-cv-1609 RSL<br><br>JOINT MOTION AND ORDER EXTENDING THE DEADLINE TO PROVIDE REPORTS FROM EXPERT WITNESSESS<br><br>**NOTED ON MOTION CALENDAR:**<br>August 7, 2012 |

    This is a maritime action arising out of injuries sustained by Plaintiff Gary Reming on November 30, 2010 while he and his wife Patricia were attending a shore excursion in Mazatlan, Mexico as part of a Holland America Line cruise.

JOINT MOTION & ORDER EXTENDING THE DEADLINE
TO PROVIDE REPORTS FROM EXPERT WITNESSES
CASE NO.: 2:11-cv-1609 RSL - 1

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Site. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

The current deadline to provide reports from expert witnesses in this matter is August 8, 2012. The parties have conferred and agreed that an extension of the deadline to provide reports from expert witnesses in this matter would be appropriate and is likely necessary in order to provide meaningful expert disclosures.

Discovery in this case has been complicated by the fact that witnesses are in Mexico, and additional depositions need to be taken. In addition, service of process has not yet been made upon Tropical Tours under the Hague Convention due to unexpected difficulties posed by service in Mexico as previously explained to the Court. (*See* Amended Motion for Appointment of Special Process Server, Dkt. No. 47.) Furthermore, Plaintiff and the Holland America parties will be mediating this matter on September 19, 2012, and as such, the parties believe expert disclosures after mediation rather than before, would preserve resources and allow the parties to focus on resolution of this matter. By and through their respective counsel, the parties therefore respectfully request that the court extend the deadline to provide reports from expert witnesses by forty-five days, or from August 8, 2012, until September 24, 2012.

Dated: August 7, 2012                         LAW OFFICES OF JAMES S. ROGERS


                                                  s/James S. Rogers
                                                  s/Dana A. Henderson
JAMES S. ROGERS, WSBA #5335
DANA A. HENDERSON, WSBA#32507
1500 Fourth Avenue, Suite 500
Seattle, WA 98101
Phone: 206-621-8525
Attorneys for Plaintiffs

JOINT MOTION & ORDER EXTENDING THE DEADLINE
TO PROVIDE REPORTS FROM EXPERT WITNESSES
CASE NO.:  2:11-cv-1609 RSL - 2

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Site. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

|   |   |
|---|---|
| 1 | CADENA CHURCHILL, LLP |
| 2 |  |
| 3 |  |
| 4 |  s/Raul Cadena |
|   |  s/Gordon S. Churchill |
| 5 | GORDON S. CHURCHILL, Pro Hac Vice |
|   | RAUL CADENA, Pro Hac Vice |
| 6 | 701 "B" Street, Suite 1400 |
|   | San Diego, CA 92101 |
| 7 | Phone: 619-546-0888 |
|   | Attorneys for Plaintiffs |

Dated: August 7, 2012                              NIELSEN SHIELDS, PLLC

 s/Louis A. Shields
LOUIS A. SHIELDS, WSBA #25740
600 Stewart Street Ste. 1703
Seattle, WA 98191
Phone: 206-728-1300
Attorneys for Defendants

## **ORDER**

THIS MATTER having come before the undersigned Judge based upon the parties' foregoing stipulation and the Court having reviewed the files and records herein and deeming itself fully advised, NOW THEREFORE, it is hereby ORDERED:

1. The Court will extend the deadline for providing reports from expert witnesses from August 8, 2012 to September 24, 2012 in the instant litigation.

DATED this 13th day of August, 2012.

*[signature]*
Robert S. Lasnik
United States District Judge

JOINT MOTION & ORDER EXTENDING THE DEADLINE
TO PROVIDE REPORTS FROM EXPERT WITNESSES
CASE NO.: 2:11-cv-1609 RSL - 3

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Site. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

PRESENTED BY:

s/ James S. Rogers
s/Dana A. Henderson
Law Offices of James S. Rogers
James S. Rogers, WSBA #5335
Dana A. Henderson, WSBA # 32507
Attorneys for Plaintiffs


CADENA CHURCHILL, LLP


s/Raul Cadena
s/Gordon S. Churchill
GORDON S. CHURCHILL, Pro Hac Vice
RAUL CADENA, Pro Hac Vice
701 "B" Street, Suite 1400
San Diego, CA 92101
Phone: 619-546-0888
Attorneys for Plaintiffs


Approved as to Form and Content:

NIELSEN SHIELDS, PLLC


s/Louis A. Shields
LOUIS A. SHIELDS, WSBA #25740
600 Stewart Street Ste. 1703
Seattle, WA 98191
Phone: 206-728-1300
Attorneys for Defendants

JOINT MOTION & ORDER EXTENDING THE DEADLINE
TO PROVIDE REPORTS FROM EXPERT WITNESSES
CASE NO.:  2:11-cv-1609 RSL - 4

**LAW OFFICES OF
JAMES S. ROGERS**
1500 Fourth Avenue, Site. 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*