UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY R. REMING and PATRICIA A. REMING,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLAND AMERICA LINE INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a foreign corporation; HAL ANTILLEN N.V., a foreign corporation; HAL NEDERLAND N.V., a foreign corporation; and TROPICAL TOURS BAJA CABO, S.A. DE C.V., a foreign corporation,<br><br>Defendants. | No. 11-cv-01609 RSL<br><br>ORDER GRANTING MOTION TO APPOINT SPECIAL SERVICE PROVIDER |

This matter comes before the Court on Plaintiffs' "Second Amended Motion for Order Appointing Special International Process Server" (Dkt. # 112). Having demonstrated good cause for their request, the Court GRANTS the motion.

The Court ORDERS that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on Defendant Tropical Tours Baja Cabo S.A. DE C.V. in Mexico. Service is to be effected according to any internationally agreed means, the laws of Mexico, or as directed by the Central Authority in Mexico or the originating court if not otherwise prohibited by international

ORDER GRANTING MOTION
TO APPOINT SPECIAL SERVICE PROVIDER - 1

1 agreement or the laws of the foreign country, and in a manner reasonably calculated to
2 give notice.
3    DATED this 8th day of April, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO APPOINT SPECIAL SERVICE PROVIDER - 2